UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREATBANC TRUST COMPANY,
a Illinois corporation,

      Plaintiff,

v.

REESE ZANTOP,

      Defendant.
_____/

Case No. 02-72905
Hon. Patrick J. Duggan
Magistrate Judge Donald A. Scheer

DONALD C. DARNELL, P.C.
Attorneys for Plaintiff
By:   Don Darnell (P55268)
308 N. River St., 2nd Floor
Ypsilanti, Michigan 49198
(734) 544-7676

NIK LULGJURAJ (P48879)
Attorney for Plaintiff
316 Ecorse Road, Suite 103
Ypsilanti, Michigan 48198
(734) 485-0535

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Defendant
By:   Barry L. Howard (P23458)
        Robert M. Jackson (P40723)
        Jason Schian Conti (P55617)
32270 Telegraph Road, Suite 225
Bingham Farms, Michigan 48025-2457
(248) 566-8300
_____/

## ORDER OF DISMISSAL

At a session of said Court held in the City of Detroit, Wayne County, Michigan, on

APR 25 2003

PRESENT:               PATRICK DUGGAN
United States District Court Judge

Having considered the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims that were or could have been asserted in this action are hereby dismissed, with prejudice, with each party to bear his or its own costs, expenses, and attorneys fees. The Court retains jurisdiction to enforce the parties' settlement.

*/s/ Patrick J. Duggan*
UNITED STATES DISTRICT COURT JUDGE

DET_C\543132.1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREATBANC TRUST COMPANY,
a Illinois corporation,

    Plaintiff,

v.

REESE ZANTOP,

    Defendant.
_____/

Case No. 02-72905
Hon. Patrick J. Duggan
Magistrate Judge Donald A. Scheer

DONALD C. DARNELL, P.C.
Attorneys for Plaintiff
By: Don Darnell (P55268)
308 N. River St., 2nd Floor
Ypsilanti, Michigan 49198
(734) 544-7676

NIK LULGJURAJ (P48879)
Attorney for Plaintiff
316 Ecorse Road, Suite 103
Ypsilanti, Michigan 48198
(734) 485-0535

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Defendant
By: Barry L. Howard (P23458)
    Robert M. Jackson (P40723)
    Jason Schian Conti (P55617)
32270 Telegraph Road, Suite 225
Bingham Farms, Michigan 48025-2457
(248) 566-8300
_____/

## STIPULATION OF DISMISSAL

The parties have reached a settlement and hereby stipulate and agree that all claims that were or could have been asserted in this action should be dismissed, with prejudice, with each party to bear his or its own costs, expenses, and attorneys fees.

**STIPULATED AND AGREED:**

DONALD C. DARNELL, P.C.
Attorneys for Plaintiff

By: *Don Darnell* (with written authority by RMJ)
Don Darnell (P55268)
308 N. River St., 2nd Floor
Ypsilanti, Michigan 49198
(734) 544-7676

NIK LULGJURAJ
Attorney for Plaintiff

By: *Nik Lulgjuraj* (with oral authority by RMJ)
Nik Lulgjuraj (P48879)
316 Ecorse Road, Suite 103
Ypsilanti, Michigan 48198
(734) 485-0535

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
Attorneys for Defendant

By: *Robert M. Jack*
Robert M. Jackson (P40723)
Barry L. Howard (P23458)
Jason Schian Conti (P55617)
2290 First National Building
Detroit, Michigan 48226
(313) 465-7430

DET_C\543132.1

2

**STIPULATED AND AGREED:**

DONALD C. DARNELL, P.C.
Attorneys for Plaintiff

By:_____
Don Darnell (P55268)
308 N. River St., 2nd Floor
Ypsilanti, Michigan 49198
(734) 544-7676

NIK LULGJURAJ
Attorney for Plaintiff

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
Attorneys for Defendant

By:_____
Robert M. Jackson (P40723)
Barry L. Howard (P23458)
Jason Schian Conti (P55617)
2290 First National Building
Detroit, Michigan 48226
(313) 465-7430

By:_____
Nik Lulgjuraj (P48879)
316 Ecorse Road, Suite 103
Ypsilanti, Michigan 48198
(734) 485-0535

DET_C\543132.1